IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC.<br><br>              Plaintiffs,<br><br>  v.<br><br>POWERSCREEN USC, INC.,<br>POWERSCREEN INTERNATIONAL PLC, and<br>TEREX CORPORATION.<br><br>              Defendants. | SUMMONS IN A CIVIL CASE<br><br>CIVIL ACTION NO.  0 6 -  5 0 _____<br><br>Jury Trial Demanded |

TO:    Powerscreen USC, Inc.
         1101 Electron Drive
         Louisville, Kentucky 40299
         c/o Its Registered Agent
         Corporation Service Company
         2711 Centerville Road, Suite 400
         Wilmington, DE 19808


         Terex Corporation
         500 Post Road East, Suite 32D
         Westport, Connecticut 06850
         c/o Its Registered Agent
         Corporation Service Company
         2711 Centerville Road, Suite 400
         Wilmington, DE 19808

         Terex Corporation
         500 Post Road East, Suite 32D
         Westport, Connecticut 06850
         c/o Its Registered Agent
         United States Corporation Company
         2711 Centerville Road, Suite 400
         Wilmington, DE 19808

         **YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney,

Richard M. Donaldson, (DE No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**          1/25/06
Clerk                         Date

_Monica Mosley_
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/27/06 |
| NAME OF SERVER (PRINT) Joseph J. Salerni III | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2711 Centerville Road Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/27/06
         Date

Signature of Server: Joseph J. Salerni III

230 N. Market St. Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.