IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. 06-50 (SLR) |
| v. | ) |
| | ) |
| POWERSCREEN USC, INC., | ) Jury Trial Demanded |
| POWERSCREEN INTERNATIONAL PLC, | ) |
| and TEREX CORPORATION. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of: Anthony J. Colucci, III, Esquire, Colucci & Gallaher, P.C., 2000 Liberty Building, 424 Main Street, Buffalo, New York 14202-3695 to represent JLG Industries, Inc. in this matter.

Signed: _____
Richard M. Donaldson (Del. Bar #4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
*Attorney for Plaintiff*

Dated: February 2, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____    _____
                              Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Anthony J. Colucci, III
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York  14202-3695
(716) 854-8671

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify two true and correct copies of the foregoing were served by postage prepaid U.S. Mail on February 3, 2006 upon the entities named and addresses listed below:

**Powerscreen USC, Inc.**
**1101 Electron Drive**
**Louisville, Kentucky 40299**
**c/o Its Registered Agent**
**Corporation Service Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

**Terex Corporation**
**500 Post Road East, Suite 32D**
**Westport, Connecticut 06850**
**c/o Its Registered Agent**
**Corporation Service Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

**Terex Corporation**
**500 Post Road East, Suite 32D**
**Westport, Connecticut 06850**
**c/o Its Registered Agent**
**United States Corporation Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

/s/ Noel C. Burnham
Noel C. Burnham (DE I.D. 3483)