IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC. | SUMMONS IN A CIVIL CASE |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 06-50 |
| POWERSCREEN USC, INC., POWERSCREEN INTERNATIONAL PLC, and TEREX CORPORATION. | Jury Trial Demanded |
| Defendants. | |

TO:   Powerscreen International PLC
Attn: Shay McKeown and Barry Cosgrove
200 Coalisland Road
Dungannon
Northern Ireland
BT71 4DR
UK

Powerscreen International PLC
c/o Terex Crushing & Screening
11001 Electron Drive
Louisville, KY 40299

Powerscreen International PLC
c/o Delaware Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

Powerscreen International PLC
Brown, Todd & Heyburn PLLC
Attn: Jay Middleton Tannon
3200 Providian Center
Louisville, KY 40202-3363

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff's Attorney,

Richard M. Donaldson, (DE No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__PETER T. DALLEO__          __FEB 1 6 2006__
Clerk                         Date

__Euetta Walson__
(By) Deputy Clerk

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 17, 2006 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Ste 4 Dover DE 19901. Service Accepted by Nancy Cox at 1:54 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/17/06
              Date                 Signature of Server

Address of Server: 32 Luxx Herman Sq, Ste 109 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.