## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JLG INDUSTRIES, INC.

                Plaintiffs,

      v.

POWERSCREEN USC, INC.,
POWERSCREEN INTERNATIONAL
PLC, and
TEREX CORPORATION.

             Defendants.

**SUMMONS IN A CIVIL CASE**

**CIVIL ACTION NO.   06-50**

**Jury Trial Demanded**

TO:   Powerscreen International PLC
       Attn: Shay McKeown and Barry Cosgrove
       200 Coalisland Road
       Dungannon
       Northern Ireland
       BT71 4DR
       UK

       Powerscreen International PLC
       c/o Terex Crushing & Screening
       11001 Electron Drive
       Louisville, KY 40299

       Powerscreen International PLC
       c/o Delaware Secretary of State
       401 Federal Street, Suite 4
       Dover, DE 19901

       Powerscreen International PLC
       Brown, Todd & Heyburn PLLC
       Attn: Jay Middleton Tannon
       3200 Providian Center
       Louisville, KY 40202-3363

     **YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney,

Richard M. Donaldson, (DE No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
Clerk

FEB 1 6 2006
_____
Date

_Evette Watson_
_____
(By) Deputy Clerk

-2-

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *February 17 2006* |
| NAME OF SERVER *(PRINT)* *Edward Jones* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Secretory of State of Delaware, 401 Federal Street, Ste 4 Dover DE 9901 Service accepted by Nancy Cole at 1:54pm*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *2/17/06*
_____ Date

*Edward Jones I*
Signature of Server

*32 Lockerman Jg Ste 109 Dover DE 19904*
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.