ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JLG INDUSTRIES, INC. | SUMMONS IN A CIVIL CASE |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 06-50 |
| POWERSCREEN USC, INC., POWERSCREEN INTERNATIONAL PLC, and TEREX CORPORATION. | Jury Trial Demanded |
| Defendants. | |

TO:  Powerscreen International PLC
     Attn: Shay McKeown and Barry Cosgrove
     200 Coalisland Road
     Dungannon
     Northern Ireland
     BT71 4DR
     UK

     Powerscreen International PLC
     c/o Terex Crushing & Screening
     11001 Electron Drive
     Louisville, KY 40299

     Powerscreen International PLC
     c/o Delaware Secretary of State
     401 Federal Street, Suite 4
     Dover, DE 19901

     Powerscreen International PLC
     Brown, Todd & Heyburn PLLC
     Attn: Jay Middleton Tannon
     3200 Providian Center
     Louisville, KY 40202-3363

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney,

D.I. 7

Date 2-22-2006

Richard M. Donaldson, (DE No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__PETER T. DALLEO_____    __FEB 1 6 2006__
Clerk                           Date

__Evette Watson_____
(By) Deputy Clerk

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 17, 2006 |
| NAME OF SERVER *(PRINT)* Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Ste 4 Dover DE 19901. Service Accepted by Nancy Cox at 1:54 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/17/06
           *Date*

*Signature of Server*

32 W. Herman St, Ste 109 Dover DE 19904
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Service of Process:**
1:06-cv-00050-SLR JLG Industries Inc. v. Powerscreen USC Inc. et al

# U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Burnham, Noel entered on 2/22/2006 at 2:04 PM EST and filed on 2/22/2006

**Case Name:**       JLG Industries Inc. v. Powerscreen USC Inc. et al
**Case Number:**     1:06-cv-50
**Filer:**           JLG Industries Inc.
**Document Number:** 7

**Docket Text:**
SUMMONS Returned Executed by JLG Industries Inc.. Powerscreen International PLC served on 2/17/2006, answer due 3/9/2006. (Burnham, Noel)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172896-0]
[385d99e4050807535213344c104e68655bfc8e2f7e54a3c78be86051452fc982285fb
4301f7c9f8e774dcac2a64a03d824bd84abfe99f5be26d12f2bb0067a159]]

**1:06-cv-50 Notice will be electronically mailed to:**

Noel C. Burnham      nburnham@mmwr.com

Anthony J. Colucci      ajc3@colucci-gallaher.com, ktonge@colucci-gallaher.com, mpriore@colucci-gallaher.com

Richard Montgomery Donaldson      rdonaldson@mmwr.com,

**1:06-cv-50 Notice will be delivered by other means to:**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard M. Donaldson, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

RECEIVED
FEB 24 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Powerscreen International PLC
c/o Brown, Todd & Heyburn PLLC
Attn: Jay Middleton Tannon
3200 Providian Center
Louisville, KY 40202-3363

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 
B. Date of Delivery: 2-21-06
C. Signature: X _Daniel B_ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
RA 738 754 910 US

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789