ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JLG INDUSTRIES, INC. | SUMMONS IN A CIVIL CASE |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 06-50 |
| POWERSCREEN USC, INC., POWERSCREEN INTERNATIONAL PLC, and TEREX CORPORATION. | Jury Trial Demanded |
| Defendants. | |

TO:  Powerscreen International PLC
Attn: Shay McKeown and Barry Cosgrove
200 Coalisland Road
Dungannon
Northern Ireland
BT71 4DR
UK

Powerscreen International PLC
c/o Terex Crushing & Screening
11001 Electron Drive
Louisville, KY 40299

Powerscreen International PLC
c/o Delaware Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

Powerscreen International PLC
Brown, Todd & Heyburn PLLC
Attn: Jay Middleton Tannon
3200 Providian Center
Louisville, KY 40202-3363

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff's Attorney,

10

2-22-2006

Richard M. Donaldson, (DE No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__PETER T. DALLEO__                           FEB 1 6 2006
Clerk                                          Date

_Evette Watson_
(By) Deputy Clerk

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 17, 2006 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware, 401 Federal Street, Ste 4 Dover DE 19901 Service Accepted by Nancy Coe at 1:54pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/17/06
   Date

Signature of Server: Edward Jones I

Address of Server: 32 Lockerman Jr St 109 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Service of Process:**
1:06-cv-00050-SLR JLG Industries Inc. v. Powerscreen USC Inc. et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Burnham, Noel entered on 2/22/2006 at 2:20 PM EST and filed on 2/22/2006

**Case Name:**       JLG Industries Inc. v. Powerscreen USC Inc. et al
**Case Number:**     1:06-cv-50
**Filer:**           JLG Industries Inc.
**Document Number:** 10

**Docket Text:**
SUMMONS Returned Executed by JLG Industries Inc.. (Burnham, Noel)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2006] [FileNumber=172919-0]
[132c47c2b324a37d9ddca329c4e0e57ecd0ed59c30c29efa33e7ae3d6990aa6b7afe
0519d935ca9386e26ff43e54f89a2b3c120f494bdc122a8438d78483e44f]]

**1:06-cv-50 Notice will be electronically mailed to:**

Noel C. Burnham    nburnham@mmwr.com

Anthony J. Colucci    ajc3@colucci-gallaher.com, ktonge@colucci-gallaher.com, mpriore@colucci-gallaher.com

Richard Montgomery Donaldson    rdonaldson@mmwr.com,

**1:06-cv-50 Notice will be delivered by other means to:**

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard M. Donaldson, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

RECEIVED
FEB 27 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Powerscreen International PLC
c/o Terex Crushing & Screening
11001 Electron Drive
Louisville, KY 40299

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): C P Karchesky
B. Date of Delivery: 2/21/06
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☒ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   RA 738 754 906 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789