# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| 123 SOUTH BROAD STREET<br>AVENUE OF THE ARTS<br>PHILADELPHIA, PA 19109<br>215-772-1500<br>FAX 215-772-7620 | 300 DELAWARE AVENUE, SUITE 750<br>WILMINGTON, DE 19801<br>302-504-7800<br>FAX 302-504-7820 | LIBERTYVIEW<br>457 HADDONFIELD ROAD, SUITE 600<br>CHERRY HILL, NJ 08002<br>856-488-7700<br>FAX 856-488-7720<br><br>1235 WESTLAKES DRIVE, SUITE 200<br>BERWYN, PA 19312<br>610-889-2210<br>FAX 610-889-2220 |

April 20, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **JLG Industries, Inc. v. Powerscreen**
              **C.A. No. 06-50**

Dear Chief Judge Robinson:

    By way of a brief status report, and especially in view of the absence of significant docket activity in this case since its commencement in January this year, I thought it prudent to advise the Court that the parties have been and continue to be in active discussions in an effort to resolve this matter amicably. We hope to be in a position to give the Court a definitive report on the status of any settlement by the end of June this year.

    Opposing counsel has reviewed and approved of this report. As always, I am at the Court's disposal.

                              Respectfully yours,

                              */s/ Richard M. Donaldson*

                              Richard M. Donaldson

RMD/saa

cc:    Rosanna DiMeo, Case Manager (via hand delivery)
        Thomas Joseph Francella, Jr., Esquire (via e-service)