## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

| 123 SOUTH BROAD STREET | 300 DELAWARE AVENUE, SUITE 750 | LIBERTYVIEW |
| AVENUE OF THE ARTS | WILMINGTON, DE 19801 | 457 HADDONFIELD ROAD, SUITE 600 |
| PHILADELPHIA, PA 19109 | 302-504-7800 | CHERRY HILL, NJ 08002 |
| 215-772-1500 | FAX 302-504-7820 | 856-488-7700 |
| FAX 215-772-7620 | | FAX 856-488-7720 |

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

June 13, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:  **JLG Industries, Inc. v. Powerscreen
C.A. No. 06-50**

Dear Chief Judge Robinson:

As a follow-up to my status report of April 20, 2006 (D.I. 13), this is to advise the Court that the parties believe that they have reached a settlement in principal of all claims and disputes in this action, and currently are ironing out details. I hope to be in a position either to file dismissal papers or otherwise report that they will be forthcoming in the next several months.

Opposing counsel has reviewed and approved of this report. Needless to say, I am at the Court's disposal.

Respectfully yours,

*/s/ Richard M. Donaldson*

Richard M. Donaldson

RMD/saa

cc:   Rosanna DiMeo, Case Manager (via hand delivery)
      Thomas Joseph Francella, Jr., Esquire (via e-service)

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER