UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC., | ) |
|                  Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-50 |
| | ) |
| POWERSCREEN USC INC., | ) |
| POWERSCREEN INTERNATIONAL PLC, | ) |
| and TEREX CORPORATION, | ) |
| | ) |
|                  Defendants. | ) |

_____

**NOTICE OF DISMISSAL**
_____

**IT IS HEREBY NOTICED**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the plaintiff, JLG INDUSTRIES, INC., hereby dismisses its complaint and all claims against the defendants, POWERSCREEN USC INC., POWERSCREEN INTERNATIONAL PLC and TEREX CORPORATION, in the above-entitled action, and that the same is dismissed on the merits, with prejudice, without costs to either party as against any other.

DATED:　　　June 27, 2006

                                      */s/ R. Montgomery Donaldson*
                                      R. Montgomery Donaldson (DE ID No. 4367)
                                      Montgomery, McCracken,
                                            Walker & Rhoads, LLP
                                      300 Delaware Avenue, Suite 750
                                      Wilmington, Delaware 19801
                                      (302) 504-7840
                                      and
                                      Anthony J. Colucci, III, Esq.
                                      COLUCCI & GALLAHER, P.C.
                                      2000 Liberty Building
                                      Buffalo, New York 14202
                                      (716) 853-4080

                                      *Attorneys for Plaintiff,*
                                      *JLG Industries, Inc.*

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 27, 2006, a copy of the foregoing document was served electronically on the following:

Thomas J. Francella, Esq.
Reed Smith LLP
1201 Market Street - Suite 1500
Wilmington, Delaware 19801

DATED:   June 27, 2006

/s/ R. Montgomery Donaldson
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

and

Anthony J. Colucci, III, Esq.
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York 14202
(716) 853-4080

*Attorneys for Plaintiff,*
*JLG Industries, Inc.*