# MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| 123 SOUTH BROAD STREET<br>AVENUE OF THE ARTS<br>PHILADELPHIA, PA 19109<br>215-772-1500<br>FAX 215-772-7620 | 300 DELAWARE AVENUE, SUITE 750<br>WILMINGTON, DE 19801<br>302-504-7800<br>FAX 302-504-7820 | LIBERTYVIEW<br>457 HADDONFIELD ROAD, SUITE 600<br>CHERRY HILL, NJ 08002<br>856-488-7700<br>FAX 856-488-7720<br><br>1235 WESTLAKES DRIVE, SUITE 200<br>BERWYN, PA 19312<br>610-889-2210<br>FAX 610-889-2220 |

June 27, 2006

**Via CM/ECF Filing and Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   **JLG Industries, Inc. v. Powerscreen**
      **C.A. No. 06-50**

Dear Chief Judge Robinson:

Further to our status report of June 13, 2006 advising that the parties have reached a settlement of all claims and disputed issues in this matter, I enclose a courtesy copy of the Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i), which has been reviewed by opposing counsel and is being filed of record today.

As always, I am at the Court's disposal should there be any questions about this submission.

Respectfully yours,

*/s/ R. Montgomery Donaldson*

R. Montgomery Donaldson (DE #4367)

RMD/saa
Encl.

cc:   Rosanna DiMeo, Case Manager (via hand delivery, w/encl.)
      Thomas Joseph Francella, Jr., Esquire (via e-service, w/ encl.)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JLG INDUSTRIES, INC., | ) |
|                 Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 06-50 |
| | ) |
| POWERSCREEN USC INC., | ) |
| POWERSCREEN INTERNATIONAL PLC, | ) |
| and TEREX CORPORATION, | ) |
| | ) |
|                 Defendants. | ) |

_____

**NOTICE OF DISMISSAL**
_____

**IT IS HEREBY NOTICED**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the plaintiff, JLG INDUSTRIES, INC., hereby dismisses its complaint and all claims against the defendants, POWERSCREEN USC INC., POWERSCREEN INTERNATIONAL PLC and TEREX CORPORATION, in the above-entitled action, and that the same is dismissed on the merits, with prejudice, without costs to either party as against any other.

DATED:     June 27, 2006

                                            */s/ R. Montgomery Donaldson*
                                          R. Montgomery Donaldson (DE ID No. 4367)
                                          Montgomery, McCracken,
                                                Walker & Rhoads, LLP
                                          300 Delaware Avenue, Suite 750
                                          Wilmington, Delaware 19801
                                          (302) 504-7840
                                          and
                                          Anthony J. Colucci, III, Esq.
                                          COLUCCI & GALLAHER, P.C.
                                          2000 Liberty Building
                                          Buffalo, New York 14202
                                          (716) 853-4080

                                          *Attorneys for Plaintiff,*
                                          *JLG Industries, Inc.*

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 27, 2006, a copy of the foregoing document was served electronically on the following:

Thomas J. Francella, Esq.
Reed Smith LLP
1201 Market Street - Suite 1500
Wilmington, Delaware 19801

DATED:   June 27, 2006

/s/ R. Montgomery Donaldson
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

and

Anthony J. Colucci, III, Esq.
COLUCCI & GALLAHER, P.C.
2000 Liberty Building
Buffalo, New York 14202
(716) 853-4080

*Attorneys for Plaintiff,*
*JLG Industries, Inc.*